```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF     :
CARPENTERS PENSION FUND, NEW YORK CITY    :
DISTRICT COUNCIL OF CARPENTERS WELFARE    :
FUND, NEW YORK CITY DISTRICT COUNCIL OF   :   07 Civ. 4070 (DLC)
CARPENTERS VACATION FUND, NEW YORK CITY   :
DISTRICT COUNCIL OF CARPENTERS ANNUITY    :   ORDER
FUND, NEW YORK CITY DISTRICT COUNCIL OF   :
CARPENTERS APPRENTICESHIP, JOURNEYMAN     :
RETRAINING, EDUCATIONAL AND INDUSTRY      :
FUND, NEW YORK CITY DISTRICT COUNCIL OF   :
CARPENTERS CHARITY FUND, and THE NEW      :
YORK CITY AND VICINITY CARPENTERS LABOR   :
MANAGEMENT COOPERATION FUND, by MICHAEL   :
J. FORDE, and PAUL O'BRIEN, as            :
TRUSTEES,                                 :
                                          :
                           Plaintiffs,    :
                                          :
             -against-                    :
                                          :
A PLUS FLOORING, INC.                     :
                                          :
                           Defendant.     :
-----------------------------------------X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/07

DENISE COTE, District Judge:

Plaintiffs filed on June 13, 2007 a petition to confirm and enforce an arbitration award. Service of the summons and complaint was made on the defendant on May 31. The defendant has not answered the complaint.

On July 27, the plaintiffs submitted a proposed order to show cause. Confirmation proceedings for arbitration awards should be treated as akin to a motion for summary judgment based on the movant's submissions." D.H. Blair & Co., Inc. v. Gottdiener, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby

ORDERED that petitioners shall submit any additional materials with which they intend to support their petition for confirmation by **August 10, 2007**.

IT IS FURTHER ORDERED that respondents' opposition, if any, is due on **August 24**.

IT IS FURTHER ORDERED that petitioners' reply, if any, is due **August 31**.

IT IS FURTHER ORDERED that at the time the reply is served, the petitioners shall submit two courtesy copies of all motion papers, marked as such, to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         July 24, 2007

                                       _____
                                              DENISE COTE
                                       United States District Judge