# Robert Herzog, Esq.

──────────────── *Arbitrator* ────────────────

36 Springhouse Road
Woodcliff Lake, New Jersey 07677
(201) 930-1231

January 22, 2007

16994

A-Plus Flooring
Attn: Mr. Dennis Zingarelli, President
18 Keith Lane
Walden, New York 12586

   Re: Employer: A-Plus Flooring

       Union: District Council of New York and Vicinity of the United Brotherhood of Carpenters
          and Joiners of America

       Funds: New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Vacation Fund, New York City District Council of Carpenters Annuity Fund, New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, New York City District Council of Carpenters Charity Fund, United Brotherhood of Carpenters and Joiners of America Fund and New York City and Vicinity Joint Labor Management Cooperation Trust Fund, by Michael J. Forde and Paul O'Brien, as Trustees

Issue: A-Plus Flooring Audit of Books and Records

**Hearing Date: February 13, 2007**      **Hearing Time: 1:45 P.M.**

    In accordance with the terms of the existing collective bargaining agreement between the Employer and the Union, an arbitration hearing will be held on the date and time indicated concerning the claim that A-Plus Flooring has failed to permit the Funds to conduct an audit of its books and records as required by the agreement. The arbitration hearing will be held in the **Conference Room, District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America, 395 Hudson Street, New York, New York.**

    Your presence at the hearing at the time and date indicated is required and you should be fully ready to proceed. Please bring to the hearing the collective bargaining agreement and any records you deem pertinent.

Very truly yours,

*Robert Herzog*
Robert Herzog
Arbitrator

cc:   Steven Kasarda., Esq.
      Attorney for the New York District Council of Carpenters Benefit Funds