STATE OF NEW YORK    )
                     :SS.:
COUNTY OF NEW YORK  )

    VIPIN VARGHESE, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On the 10th day of August, 2007, I served plaintiffs' **MEMORANDUM OF LAW, DECLARATION OF ANDREW GRABOIS and SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:   A Plus Flooring, Inc.
        18 Keith Lane,
        Walden, NY 12586

_____
VIPIN VARGHESE

Sworn to before me this
10th day of August, 2007

_____
NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No. 02FU6104740
Qualified in New York County
Commission Expires January 26, 20__