**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In the matter of the arbitration between

THE NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, et al.,
                                Petitioners,

-against-

A PLUS FLOORING, INC.,
                                Respondent.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07

07 CIVIL 4070 (DLC)

**JUDGMENT**

#07,1934

      Petitioners having moved for confirmation of an arbitration award, and for attorney's fees and costs, and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on October 9, 2007, having rendered its Memorandum Opinion and Order granting the petition to confirm the arbitration award and awarding $1,185.00 to petitioners for attorney's fees and costs for the confirmation proceeding, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 9, 2007, the petition to confirm the arbitration award is granted and petitioners are awarded $1,185.00 for attorney's fees and costs for the confirmation proceeding; accordingly, judgment is entered for the petitioners and the case is closed.

**Dated:** New York, New York
          October 9, 2007

                                            J. MICHAEL McMAHON
                                              Clerk of Court
                            BY:
                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____